Opinion issued August 23, 2007

 












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00646-CR

____________


IN RE ROBERT CALVIN EDWARDS, JR., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Robert Calvin Edwards, Jr., filed a pro se petition for writ of
mandamus requesting that this Court compel respondent (1) to rule on his pro se post
conviction motion requesting that the State produce exculpatory evidence in trial
court cause numbers 964983, 964984, 976234, and 976235. (2) We deny the petition.

 First, relator's petition does not meet the requirements of the Texas Rules of
Appellate Procedure. As example, it does not include an appendix, and it does not
certify that a copy was served on respondent trial court. See Tex. R. App. P. 9.5,
52.3(j).

 Moreover, relator has not provided us with a record that shows that he made
any request of respondent to perform a nondiscretionary act that respondent refused. 
Barnes v. State, 832 S.W.2d 424, 426 (Tex. App.--Houston [1st Dist.] 1992, orig.
proceeding).

 The petition for writ of mandamus is denied.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Nuchia, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b). 
1. Relator does not give the name of the 177th District Court Judge. 
2. This Court issued an opinion on April 27, 2006, affirming relator's conviction in trial court cause numbers
964983, 964984, 976234, and 976235, appeals case numbers 01-04-00969-CR, 01-04-00970-CR, 01-04-00967-CR, and 01-04-00968-CR. Counsel Patrick McCann filed a petition for discretionary review in those
cases and the Court of Criminal Appeals has granted relator's petition for discretionary review.